**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE APPLICATION OF BARCLAYS BANK PLC, BANK OF SCOTLAND PLC, COÖPERATIEVE RABOBANK U.A., LLOYDS BANKING GROUP PLC, LLOYDS BANK PLC, NATWEST MARKETS PLC, NATWEST GROUP PLC, AND UBS AG FOR AN ORDER TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | Case No. 25-MC_____ |

*EX PARTE* **APPLICATION AND PETITION FOR AN ORDER TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO**
<u>**28 U.S.C. § 1782**</u>

Barclays Bank PLC, Bank of Scotland PLC, Coöperatieve Rabobank U.A., Lloyds Banking Group plc, Lloyds Bank plc, NatWest Markets PLC, NatWest Group PLC, and UBS AG (collectively, "<u>Petitioners</u>") respectfully apply to this Court for an order in the form attached as Exhibit 1 to the Declaration of Andrew B. Lichtenberg, dated May 14, 2025, (the "<u>Lichtenberg Declaration</u>") authorizing Petitioners to conduct discovery for use in civil proceedings in the United Kingdom in the form of the subpoena attached as Exhibit 2 to the Lichtenberg Declaration. In support of its application and petition, Petitioners submit a Memorandum of Law and attach the Declaration of Richard Philip Rocher, dated May 14, 2025, and the Lichtenberg Declaration.

Dated: May 14, 2025
New York, New York

Respectfully submitted,

*/s/ David R. Gelfand*
David R. Gelfand
Andrew B. Lichtenberg
MILBANK LLP
55 Hudson Yards
New York, New York 10001
Tel: (212) 530-5000
Fax: (212) 530-5219
dgelfand@milbank.com
alichtenberg@milbank.com

Mark D. Villaverde
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Tel: (424) 386-4000
Fax: (213) 629-5063
mvillaverde@milbank.com

*Attorneys for Petitioner*
*Coöperatieve Rabobank U.A.*