UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF BARCLAYS BANK PLC, BANK OF SCOTLAND PLC, COÖPERATIEVE RABOBANK U.A., LLOYDS BANKING GROUP PLC, LLOYDS BANK PLC, NATWEST MARKETS PLC, NATWEST GROUP PLC, AND UBS AG FOR AN ORDER TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | Case No. 25-MC-220_____ |

### [PROPOSED] ORDER AUTHORIZING DISCOVERY

Upon consideration of the Application And Petition For An Order To Conduct Discovery For Use In Foreign Proceedings Pursuant To 28 U.S.C. § 1782 (the "Application"), submitted by Barclays Bank PLC, Bank of Scotland PLC, Coöperatieve Rabobank U.A., Lloyds Banking Group plc, Lloyds Bank plc, NatWest Markets PLC, NatWest Group PLC, and UBS AG (collectively, the "Petitioners"), and all papers submitted in support thereof, this Court finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied, and (2) the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting the Application.

It is therefore ORDERED that:

(a)   the Application is granted;

(b)   Petitioners are authorized to serve the subpoena annexed as Exhibit 2 to the declaration of Andrew B. Lichtenberg upon CME Group Inc. ("Respondent"); and

(c)   Respondent is directed to respond to such subpoena pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

SO ORDERED.

_____
Hon. Ronnie Abrams
May 27, 2025